**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 10-01065 VAP(DTBx)                Date:  September 24, 2010

Title:     MARIAN APONTE -v- WELLS FARGO BANK, et al.
================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR            ATTORNEYS PRESENT FOR
PLAINTIFFS:                       DEFENDANTS:

   None                              None

PROCEEDINGS:     MINUTE ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT, RIVERSIDE COUNTY (IN CHAMBERS)

On August 26, 2010, this Court issued an Order to Show Cause ("OSC") why this action should not be remanded for lack of subject matter jurisdiction. (<u>See</u> Doc. No. 13.) Defendants filed a Response on August 27, 2010. (<u>See</u> Doc. No. 14.) Defendants' Response did not sufficiently address issues raised in the OSC; specifically, Defendants cited no authority that Defendant T.D. Service Company's ("T.D.") alleged status as agent of Defendant AHMSI Default Services, Inc. would render T.D. a nominal party with no potential liability. <u>See</u> <u>Strotek Corp. v. Air Transp. Ass'n of Am.</u>, 300 F.3d 1129, 1133 (9th Cir. 2002) ("Defendants who are nominal parties with nothing at stake may be disregarded in determining diversity, despite the propriety of their technical joinder.").

MINUTES FORM 11                                      Initials of Deputy Clerk ___md___
CIVIL -- GEN                       Page 1

**EDCV 10-01065 VAP(DTBx)**
**MARIAN APONTE v WELLS FARGO BANK, et al.**
**MINUTE ORDER of September 24, 2010**

      Finding Defendants' Response insufficient, the Court REMANDS this action to the California Superior Court for Riverside County.

**IT IS SO ORDERED.**